# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

November 29, 2012

No. 12-10987
Summary Calendar

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

JEFFREY DAVID GUNSELMAN, Individually, doing business as Absolute
Fuels, L.L.C.

Defendant-Appellant

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 5:12-CR-78-1

Before WIENER, CLEMENT, and GRAVES, Circuit Judges.

PER CURIAM:[*]

Jeffrey David Gunselman appeals from the order of the district court granting the Government's motion to revoke the magistrate judge's order of release pending trial. The denial of release pending trial is supported by the evidence of record and the district court's order was not an abuse of discretion. *See United States v. Westbrook*, 780 F.2d 1185, 1188-90 (5th Cir. 1986).

AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.